UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:06-cr-071-TRM-SKL |
| | ) |
| GARY KYLE | ) |

## MEMORANDUM AND ORDER

Defendant Gary Kyle appeared for a hearing on September 26, 2024, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order [Doc. 535] and Amended Petition and Order [Doc. 536] for Warrant for an Offender Under Supervision ("Petitions") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petitions.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant waived his right to a preliminary hearing and a detention hearing.

Based upon the Petitions and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petitions.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petitions.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petitions, they shall request a hearing before U.S. District Judge McDonough.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE